DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

## STATE v. WELDON

No. 12PA84.

Case below: 65 N.C. App. 376.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 30 April 1984.

## STATE v. WILSON

No. 169P84.

Case below: 67 N.C. App. 177.

Petition by defendant for discretionary review under G.S. 7A-31 denied 30 April 1984. Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 30 April 1984.

## STATE v. WRIGHT

No. 160P84.

Case below: 66 N.C. App. 555.

Petition by defendant for discretionary review under G.S. 7A-31 denied 30 April 1984.

## TAYLOR v. GILLESPIE

No. 106P84.

Case below: 66 N.C. App. 302.

Petition by defendant for discretionary review under G.S. 7A-31 denied 30 April 1984.

## ZWIGARD v. MOBIL OIL

No. 23P84.

Case below: 65 N.C. App. 526.

Petition by defendants for discretionary review under G.S. 7A-31 denied 30 April 1984.